# LAW OFFICE OF TEDD KESSLER, P.C.
### COUNSELORS AT LAW
### 302 FIFTH AVENUE
### 8TH FLOOR
### NEW YORK, NEW YORK 10001

CONNIE LIM,
OF COUNSEL

(212) 477-3200
Facsimile (212) 388-1714
e-mail:tkessler.att@prodigy.net

August 31, 2009

By facsimile-212-805-7948
United States District Court Judge Richard J. Holwell
Daniel Patrick Moynihan United States District Courthouse
500 Pearl St.
Courtroom 17B
New York, New York 10007-1312

Re:  Frank Frazetta v. Vanguard Productions and J. David Spurlock
     Third-party action: v. Ellie Frazetta
     08 CIV 6670 (RJH) (KNF)

Dear Hon. Judge Holwell:

This office represents the plaintiff and third-party defendant in the above-cited matter.

A status/discovery conference is currently scheduled for September 9, 2009. The purpose of this letter is to request an adjournment of the conference.

Previously, a status conference was conducted on July 16, 2009. The next day, July 17, 2009, third-party defendant Eleanor Frazetta died.

Due to the death of Eleanor Frazetta, the settlement conference scheduled with Judge Fox for August 4, 2009 was adjourned without date.

A guardianship proceeding has been instituted in the State of Pennsylvania by Frank Frazetta, Jr. The matter, including a motion for a preliminary injunction, is currently scheduled for September 22, 2009.

United States District Court Judge Richard J. Holwell
Re:   Frank Frazetta v. Vanguard Productions and J. David Spurlock
August 31, 2009
page 2

Currently, Mr. Frazetta's business matters are being handled by his other three children.

By letter, allegedly from Frank Frazetta, dated August 13, 2009, I was informed that Mr. Frazetta hired a new attorney and that I should take no further action in the Vanguard-Spurlock litigation (the matter currently before your honor).

A final bill for services was prepared and forwarded to Mr. Frazetta and his new attorneys, Tarlow, Breed, Hart & Rodgers, P.C. of Boston, Massachusetts. This office maintains both a charging and retaining lien.

It is respectfully submitted, that it would be premature to conduct a conference on September 9, 2009 and therefore an adjournment is requested.

This office does not represent the Estate of Eleanor Frazetta. This office has no knowledge with regard to the status of said estate.

I have spoken with defense counsel, Pat Carroll, who consents to an adjournment. Mr. Carroll spoke with Ms. McMillan who also consents to an adjournment.

A copy of this letter is being provided to defense counsel by facsimile.

Very truly yours,

Tedd Kessler

TK/hft
CC:   Patrick Carroll, Esq. by facsimile
      Patricia McMillan, Esq. by facsimile
      Robert Kraus, Esq. by facsimile
F:\tkdata\Fritz vanguard\LE judge Holwelladjsept8-31-09.doc

Conference adjourned to 10/30/09, at 11:00 a.m.

SO ORDERED:
Date: 9/14/09
Richard J. Holwell, U.S.D.J.